JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
March 10, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

**PEDIATRIC & FAMILY MEDICAL FOUNDATION dba EISNER PEDIATRIC & FAMILY MEDICAL CENTER**,

    Plaintiff,

v.

**ALEX M. AZAR II**,

    Defendant.

Case No.: 17-cv-00732 (SJO-AS)

**[PROPOSED] JUDGMENT**

## **JUDGMENT**

After considering the papers submitted and the argument of counsel, IT IS HEREBY ORDERED THAT:

Defendant's motion for summary judgment is granted, and, pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in this case.

IT IS SO ORDERED.

Dated: 03-10-2020

_S. James Otero_
Hon. S. James Otero
United States District Judge